H. M. VICTOR v. CHADWICK MANUFACTURING COMPANY,
E. A. SMITH AND TRAVELERS INSURANCE COMPANY.*

(Filed 29 May, 1908.)

For digest, see *Victor v. Louise Mills,* next above.

ACTION heard upon pleadings by *Moore, J.,* at March
Term, 1908, of MECKLENBURG.

This action is brought for the same purpose as and in many
respects is similar to the case of *Victor v. Louise Cotton Mills,*
the only substantial difference being that the defendant E. A.
Smith was at the date of the issuance of the policy and its
assignment and is now the president of the defendant manu-
facturing company. The defendant insurance company holds
the policy assigned to the defendant manufacturing company
as collateral security for a loan made to said company. The
appeal is presented in the same manner upon the pleadings as
the other. His Honor overruled the demurrer, and plaintiff
appealed.

No counsel for plaintiff.
*Winston & Bryant* and *Tillett & Guthrie* for defendants.

CONNOR, J. The only difference between this case and the
other one, between the present plaintiff and the Louise Mills,
is that the insured assignor is at this time the president of the
corporation. In the view which we take of the case as set out
in the opinion in that case, this fact does not affect the result.
The preliminary questions in both cases are the same. For
the reasons given in that opinion, we are of the opinion that
the payment of the premiums on the policies is *ultra vires.*
We note in the pleading the allegation, admitted to be true,
that the defendant company has contracted a loan upon the
policy with the defendant insurance company. The rights of
the companies will be adjusted as suggested in the other case.
The judgment overruling the demurrer to the answer is
Reversed.

*BROWN, J., did not sit.